■ In the Matter of the Claim of JOANNE JAMES DAVIS, Appellant. COMMISSIONER OF LABOR, Respondent. [40 NYS3d 304]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 13, 2015, which dismissed claimant's appeal from a decision of the Administrative Law Judge as untimely.

By decision dated August 18, 2014, an Administrative Law Judge (hereinafter ALJ), among other things, sustained an initial determination finding that claimant was ineligible to receive emergency unemployment compensation benefits and charging her with a recoverable overpayment of benefits. Claimant did not appeal the ALJ's decision to the Unemployment Insurance Appeal Board until June 14, 2015. The Board dismissed the appeal as untimely, noting that claimant did not set forth any excuse for the delay. Claimant appeals.

"Labor Law § 621 (1) provides that an appeal to the Board from a decision of an ALJ must be made within 20 days of the mailing or personal delivery of the decision, and this time requirement is strictly construed" (Matter of Buchkin [Commissioner of Labor], 115 AD3d 1107, 1108 [2014] [citations omit-

ted]; *see Matter of Paladino [Commissioner of Labor]*, 140 AD3d 1496, 1496-1497 [2016]). Claimant clearly did not appeal within the statutory time period and offered no excuse for the delay. As such, we find no reason to disturb the Board's decision (*see Matter of Stephens [Commissioner of Labor]*, 119 AD3d 1258, 1259 [2014]). Accordingly, the merits of the underlying determination are not properly before us (*see Matter of Padilla [Commissioner of Labor]*, 136 AD3d 1080, 1081 [2016]; *Matter of Matteo [Commissioner of Labor]*, 134 AD3d 1307, 1307 [2015]).

Peters, P.J., McCarthy, Rose, Mulvey and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.